COMMERCIAL INVESTMENT TRUST, INCORPORATED, Appellant, *v.* HARRY CHIEBNICK, Respondent.*

Supreme Court, Appellate Term, First Department, November 1, 1935.

*Joseph G. Myerson* [*Matthias Cook* of counsel], for the appellant.

*Eli Kriger*, for the respondent.

PER CURIAM. We think that the agreement of January, 1932, was a gratuitous extension of time to defendant to pay his debt by reducing installments and that plaintiff was at liberty to disregard it and sue on the note. But the default on which plaintiff relied was waived by the acceptance of subsequent payments. Judgment modified so as to dismiss the complaint, without prejudice, and as modified affirmed, without costs of appeal.

All concur. Present — LYDON, CALLAHAN and SHIENTAG, JJ.

* Modfg. and affg. 154 Misc. 44.